UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. JANE A. RESTANI, JUDGE

------------------------------------------------------------------ X
GOLABS, INC. D/B/A GOTRAX,          :
                                    :
      Plaintiff,                   :
                                    :
      v.                           :    Court No. 25-00071
                                    :
UNITED STATES,                      :
                                    :
      Defendant.                   :
------------------------------------------------------------------ X

**STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS**

    This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

    1.    The protest and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

    2.    The imported merchandise covered by the entry set forth on Schedule A, attached, consists of one model of GOTRAX Glide electric stand scooter.

    3.    The imported merchandise was classified by U.S. Customs and Border Protection as "[m]otorcycles (including mopeds) and cycles fitted with an auxiliary motor, with or without side-cars; side-cars: [w]ith electric motor for propulsion [o]ther," under subheading 8711.60.0090 of the Harmonized Tariff Schedule of the United States ("HTSUS"). CBP assessed a 25% *ad valorem* tariff on the Chinese origin goods, pursuant to heading 9903.88.02, HTSUS.

Stipulated Judgment on Agreed Statement of Facts,     2
GOLABS, INC. D/B/A GOTRAX v. United States,
Court No. 25-00071

        4.     The stipulable imported merchandise identified in the attached schedule is classifiable as motorcycles with electric motors for propulsion under subheading 8711.60.0090, HTSUS, a duty-free provision; and heading 9903.88.67, HTSUS, by application of the exclusion from duties imposed by heading 9903.88.02, HTSUS, issued by the Office of the United States Trade Representative and described in U.S. Note 20(ttt)(ii)(31) to Subchapter III of Chapter 99, HTSUS, providing for "[m]otorcycles with electric power for propulsion, each of a power not exceeding 1,000 W (described in statistical reporting numbers 8711.60.0050 or 8711.60.0090, effective July 1, 2019 . . . .)."

        5.     The imported merchandise, covered by the entry set forth on the attached schedule, is stipulable in accordance with this agreement.

        6.     Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

        7.     All other claims and non-stipulable entries are abandoned.

        8.     Each party will bear its own costs and attorney's fees.

Stipulated Judgment on Agreed Statement of Facts, GOLABS, INC. D/B/A GOTRAX v. United States, Court No. 25-00071

3

Respectfully submitted,

By: /s/ John M. Peterson   3/9/2026
JOHN M. PETERSON
Neville Peterson LLP
55 Broadway
One Exchange Plaza
Suite 2602
New York, NY 10006
Tel. No. 212-635-2730
jpeterson@npwny.com
Counsel For Plaintiff GoLabs, Inc.

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

By: /s/ Justin R. Miller   3/6/2026
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

By: /s/ Edward F. Kenny   3/6/2026
EDWARD F. KENNY
Senior Trial Counsel
Civil Division, Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Tel. No. 202-305-5216
edward.kenny@usdoj.gov
Attorneys for Defendant

Stipulated Judgment on Agreed Statement of Facts, 4
GOLABS, INC. D/B/A GOTRAX v. United States,
Court No. 25-00071

      IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entry and make refund in accordance with the stipulation of the parties set forth above.

                                                                              _____

                                                      HONORABLE JANE A. RESTANI, JUDGE

Date: _____

Stipulated Judgment on Agreed Statement of Facts,         5
GOLABS, INC. D/B/A GOTRAX v. United States,
Court No. 25-00071

## SCHEDULE A TO STIPULATED JUDGMENT

Center: Automotive and Aerospace Center of Excellence and Expertise

| Court Number | Protest Number | Entry Number | Model Number |
|---|---|---|---|
| 25-00071 | 2704-24-171681 | ATG-1137992-8 | Glide |